Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Emeka Onyenekwu

Case No. **SECT.HMAG.4 24-1976**
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Board of Supervisors for Louisiana State University and Agriculture and Mechanical College; Louisiana State University Health Sciences Center School of Dentistry; Et al.

Jury Trial: (check one) ☑ Yes ☐ No

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Emeka Onyenekwu |
| Street Address | PO BOX 870941 |
| City and County | New Orleans |
| State and Zip Code | Louisiana |
| Telephone Number | 5046554260 |
| E-mail Address | emeka1090@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Board of Supervisors for Louisiana State University and Agriculture and Mechanical College
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Louisiana State University Health Sciences Center School of Dentistry
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this case arises under the laws of the United States, specifically the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq. Additionally, this Court has supplemental jurisdiction over the related state law claims, including breach of contract and bad faith, pursuant to 28 U.S.C. § 1367. The amount in controversy exceeds $75,000, exclusive of interest and costs, and therefore, this Court also has jurisdiction under 28 U.S.C. § 1332. The Court has jurisdiction over the Due Process Clause of the United States Constitution.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Emeka Onyenekwu, is a citizen of the State of *(name)* Louisiana.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

## II. Basis for Jurisdiction

B. If the Basis for the Jurisdiction is Diversity of Citizenship

b. If the defendant is a corporation

2. The Defendant(s)
   a. The defendant, **Board of Supervisors for Louisiana State University and Agriculture and Mechanical College**, is incorporated under the laws of the State of **Louisiana,** and has its principal place of business in the State of Louisiana.

   b. The defendant, **Board of Supervisors for Louisiana State University and Agriculture and Mechanical College**, is incorporated under the laws of the State of **Louisiana,** and has its principal place of business in the State of Louisiana.

Signature
*[signature]*

Emeka Onyenekwu

PO BOX 870941

New Orleans, LA 70187

Emeka1090@gmail.com

504-655-4260

### III. Statement of Claim

**Factual Background:**

1. In July 2021, Plaintiff enrolled as a dental student at the Louisiana State University Health Sciences Center School of Dentistry (hereinafter "School"), governed by the LSUHSC Student Handbook (hereinafter "Handbook").

2. Plaintiff is a qualified individual with a disability under the Americans with Disabilities Act (ADA) and required reasonable accommodations to ensure equal access to education.

3. In May and June 2022, Plaintiff reported mistreatment and bias by his course director, Dr. Mark Winkler.

4. Despite notifying the School of his illness related to his disability and providing medical documentation in July 2022, the School did not guide Plaintiff on how to file for disability accommodations. The School asserted that accommodations could not be made as he had not requested an approved absence before the exam.

5. As a result, the Plaintiff repeated the year due to one class, DENT 1103, which he had to retake with the same professor during the 2022-2023 academic year.

6. In March 2023, Plaintiff expressed his stress and lack of support to the Campus Assistance Program (hereinafter "CAP"). CAP recommended the Plaintiff speak with the Dean of Academic Affairs, Dr. Sandra Andrieu, and potentially make a formal complaint.

7. In March 2023, the Plaintiff scheduled a meeting with Dr. Sandra Andrieu and reported issues in the course, DENT 1103, and made a complaint about mistreatment against Dr. Mark Winkler. The Plaintiff expressed his discomfort with Dr. Winkler's treatment, and expressed discomfort with Dr. Mark Winkler being his grader due to negative interactions he had experienced when requesting assistance from him.

8. The School did not resolve the conflict prior to the final grade.

9. Per the 2022-2023 Handbook and Chancellor-Memorandum 56 - under Student Rights, "Mistreatment and abuse of students by faculty, residents, staff or fellow students is contrary to the educational objectives of the LSUHSC in New Orleans and will not be tolerated."

10. In May 2023, Plaintiff requested accommodations from the School, which were not provided, leading to his failure in the course.

11. Plaintiff made multiple requests for accommodations from May 1, 2023, through July 17, 2023, none of which were provided, denying him an equal opportunity to achieve the grade and continue in the program.

12. The professor, Dr. Mark Winkler, admitted to receiving the accommodation letter but did not read it.

13. On July 21, 2023, Plaintiff was dismissed from the School without a full and fair investigation into his complaints of disability discrimination and unfair treatment. The procedures outlined in the Handbook were not followed.

14. On August 14, 2023, the Vice-Chancellor of Academic Affairs (VCAA)/ Interim Dean of LSU Health School of Dentistry, Dr. Janet Southerland, acknowledged the seriousness of Plaintiff's complaints in writing and assured that investigations into potential ADA violations and the fairness of Plaintiff's dismissal were underway.

15. The VCAA confirmed in writing that a final decision regarding dismissal would be made after the completion of the investigation into the ADA violation.

16. The VCAA requested that the Plaintiff refrain from contacting any office regarding his claims, leading Plaintiff to pause his pursuit of a legal injunction, trusting the university's commitment to a fair review.

17. On August 30, 2023, the VCAA concluded the process and made a final decision prior to the completion of the investigation into the ADA violation and without adequately addressing the promised review of fairness.

18. On September 3rd, 2023, the Plaintiff complained to the School that the final dismissal and due process decision was made prior to the completion of the investigation of the alleged violations of the American's with Disability Act (ADA).

19. This final due process and dismissal decision by the VCAA was based on documentation provided by the School of Dentistry that contained factually inaccurate information.

20. The School neglected to correct known inaccuracies in crucial documentation provided by the School of Dentistry.

21. The Plaintiff was denied a fair opportunity to contest his dismissal with all pertinent evidence considered.

22. As a result, Plaintiff suffered significant harm, including but not limited to, tuition costs, emotional distress, career setbacks, educational expenses, loss of educational opportunities, and irreparable damage to his career path.

*[signature]*

Emeka Onyenekwu

PO BOX 870941

New Orleans, Louisiana, 70187

Emeka1090@gmail.com

504-655-4260

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk ¶[s Office with any chges to my address where case ±related papers may be served. I understand that my failure to keep a current address on file with the Clerk ¶[s Office may reβu in the dismissal of my case.

Date of signing: 7/19/2024

Signature of Plaintiff
Printed Name of Plaintiff  Emeka Onyenekwu

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, August 9, 2024 3:57 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Friday, August 9, 2024 - 15:56 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Emeka Onyenekwu

Filer's Email Address: emeka1090@gmail.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): PO BOX 870941 New Orleans, LA 70187

Filer's Phone Number: 5046554260

Case Number (if known):

Case Name:

Document 1 Description: Pro Se Complaint

Document 2 Description: Statement of Claim attachment for Pro Se Complaint

Document 3 Description: Pro Se Complaint Attachment

Document 4 Description: Motion to Proceed under a Pseudonym and Seal Documents

Document 5 Description: Application to Proceed in District Court Without Prepaying Fees of Costs

Please keep this email for historical records.

1

# eFile-ProSe

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, August 9, 2024 3:59 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Friday, August 9, 2024 - 15:58 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Emeka Onyenekwu

Filer's Email Address: emeka1090@gmail.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): PO BOX 870941 New Orleans, LA 70187

Filer's Phone Number: 5046554260

Case Number (if known):

Case Name:

Document 1 Description: Proposed Order for Motion to Proceed Under a Pseudonym and to Seal Documents

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.