**24-1976**
**SECT.HMAG.4**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION PLAINTIFF(S)
Emeka Onyenekwu

VERSUS

DEFENDANT(S)
Board of Supervisors for Louisiana State University and Agriculture and Mechanical College; Louisiana State University Health Sciences Center School of Dentistry; Et al.

## MOTION TO PROCEED UNDER A PSEUDONYM AND TO SEAL DOCUMENTS

Plaintiff Emeka Onyenekwu respectfully moves this Court for an order permitting him to proceed under a pseudonym in this action due to privacy concerns and the potential for further discrimination based on his disability status.

### FACTUAL BACKGROUND

1. The reasons for the request to proceed under a pseudonym include privacy concerns and potential harm.
2. To ensure confidentiality, Plaintiff requests that the Court allow him to file documents containing his real name under seal.
3. Plaintiff is a former dental student at the Louisiana State University Health Sciences Center School of Dentistry (hereinafter "School").
4. This action arises from the School's failure to provide reasonable accommodations for Plaintiff's disability, leading to his dismissal from the program.
5. Plaintiff has a legitimate concern that proceeding under his real name may result in further discrimination and invasion of privacy, given the sensitive nature of his medical condition and the details of this lawsuit.

### ARGUMENT

1. **Privacy Concerns:** Plaintiff has a significant interest in maintaining his privacy due to the sensitive nature of his medical condition and the risk of stigmatization.

2. **Risk of Retaliation**: Disclosing Plaintiff's identity could expose him to further discrimination and retaliation, particularly given the ongoing nature of his legal and educational pursuits.
3. **No Prejudice to Defendants**: Allowing Plaintiff to proceed under a pseudonym will not prejudice the Defendants as they will still have the opportunity to fully defend against the claims asserted in this action.
4. **Public Interest**: The public interest in knowing the identities of the parties is outweighed by the potential harm to Plaintiff if his identity is disclosed.

CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Court grant his motion to proceed under a pseudonym and issue an order allowing the use of the pseudonym "John Doe" in all filings and proceedings in this matter and to seal certain documents.

[SIGNATURE]

Emeka Onyenekwu
PO BOX 870941
New Orleans, LA 70187
504-655-4260
emeka1090@gmail.com
Date: 8/8/2024