UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EMEKA ONYENEKWU** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1976** |
| **BOARD OF SUPERVISORS FOR LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.** | **SECTION: "H"** |

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Defendants (Doc. 11);

IT IS ORDERED that the Motion is GRANTED, and that Plaintiff shall have until December 7, 2024 to serve Defendants.

New Orleans, Louisiana this 17th day of October, 2024.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**