UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EMEKA ONYENEKWU**                                     **CIVIL ACTION**

**VERSUS**                                              **NO. 24-1976**

**BOARD OF SUPERVISORS FOR
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, ET AL.**                           **SECTION: "H"**

## ORDER

Before the Court is Plaintiff Emeka Onyenekwu's Motion for Reconsideration (Doc. 19) on this Court's Order on Plaintiff's Motion for More Definite Statement (Doc. 16).

Accordingly;

**IT IS ORDERED** that the submission date for Plaintiff's Motion for Reconsideration is **SET** for July 2, 2025.

New Orleans, Louisiana this 3rd day of June, 2025.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**