UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMEKA ONYENEKWU. | CIVIL ACTION |
| VERSUS | NO. 24-1976 |
| BOARD OF SUPERVISORS FOR<br>LOUISIANA STATE UNIVERSITY<br>AND AGRICULTURAL AND<br>MECHANICAL COLLEGE, ET AL | SECTION "H"(4) |

## NOTICE TO SHOW CAUSE

The above-captioned matter was filed with this Court August 9, 2024. A review of the record indicates that Plaintiff was ordered to file an amended complaint, and the deadline to file responsive pleadings has now surpassed (Doc. 16).

Accordingly;

Plaintiff's counsel shall have up to and including **NOVEMBER 7, 2025** to amend the complaint. Failure to comply with this Notice of the Court or show good cause <u>in writing</u> as to why this case should not be dismissed, will result in dismissal of this matter in its entirety.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court on October 8, 2025
By:   s/Gail Anderson, Case Manager