UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EMEKA ONYENEKWU** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-1976** |
| **BOARD OF SUPERVISORS FOR LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.** | **SECTION: "H"** |

### ORDER AND REASONS

Considering Plaintiff Emeka Onyenekwu's Motion for Extension of Time to File Amended Complaint (Doc. 24);

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to File Amended Complaint is **GRANTED**. Plaintiff is granted an additional 14 days from entry of this Order. Plaintiff will not be granted another extension to remedy the deficiencies the Court previously identified in his Complaint.

New Orleans, Louisiana this 13th day of November, 2025.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE